## JULY TERM, 1847.

### GARR v. PAULMIER.

Matter of practice. Plaintiff having removed his cause from Circuit by writ of error to the Supreme Court, has made his election, and cannot upon that writ being dismissed for want of prosecution, remove it by writ of error to the Court of Errors.

On writ of error to Bergen Circuit.

This cause had been removed by writ of error into the Supreme Court from Bergen county Circuit Court. The writ of error in the Supreme Court was dismissed for want of prosecution, and afterwards the plaintiff removed his cause by writ of error to this court.

On motion to dismiss the writ, it was held that the plaintiff could not have a writ of error in the same cause, both to the Su-

preme Court, and directly to this court. And that having made his election by the first writ of error to the Supreme Court, he could not now, although that was dismissed, have a writ of error to this court.

Writ dismissed.

*For dismissal*—The CHIEF JUSTICE, WHITEHEAD, CARPENTER, ROBERTSON, SPEER, PORTER, SPENCER, and SINNICKSON —8.

*Against it*—The CHANCELLOR, and RANDOLPH.